IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Case No:  0:16-cv-03891-RHK-HB

Thomas P. Noonan and Annette M. Noonan,

                                                        Plaintiffs,

vs.

American Family Mutual Insurance Company,

                                                        Defendant.

## MOTION FOR SUMMARY JUDGMENT

Defendant American Family Mutual Insurance Company hereby moves this Court for summary judgment pursuant to Fed. R. Civ. P. 56. Defendant American Family Mutual Insurance Company's Motion is based on the pleadings in this matter, including its memoranda of law, arguments of counsel at the hearing, and upon all of the files, records, affidavits, and proceedings herein.

Dated:  September 13, 2017           *s/ Mark K. Hellie*
                                                 Mark K. Hellie
                                                 MN Attorney ID #0346251
                                                 Attorney for American Family
                                                 Regional Legal Staff Attorney
                                                 6131 Blue Circle Drive
                                                 Eden Prairie, MN 55343
                                                 T:  (952) 933-9753, ext. 62183
                                                 F:  (866) 294-7468
                                                 mhellie@amfam.com