# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Thomas P. Noonan and Annette M. Noonan,

                  Case No. 16-cv-3891-PAM-HB

        Plaintiffs,

v.

                  **Defendant's Notice of Appeal**

American Family Mutual Insurance Company,

        Defendant.

Pursuant to Federal Rules of Appellate Procedure 3(c)(1) and 4(a), notice is hereby given that Defendant American Family Mutual Insurance Company ("American Family") appeals to the United States Court of Appeals for the Eighth Circuit from the final judgment this Court entered on December 13, 2017 (Dkt. 60g) and all orders and decisions subsumed within that judgment, including this Court's memorandum and order granting Plaintiffs Thomas P. Noonan and Annette M. Noonan summary judgment and denying American Family summary judgment (Dkt. 59).

Date: January 11, 2018

           s/ Jeffrey P. Justman
          Aaron D. Van Oort (MN Bar No. 315539)
          Deborah A. Ellingboe (MN Bar No. 26216X)
          Jeffrey P. Justman (MN Bar No. 390413)
          FAEGRE BAKER DANIELS LLP
          2200 Wells Fargo Center
          90 South Seventh Street
          Minneapolis, MN 55402-3901
          Telephone: (612) 766-7000
          Fax: (612) 766-1600
          aaron.vanoort@FaegreBD.com
          Jeff.Justman@FaegreBD.com

          **Attorneys for Defendant American Family Mutual Insurance Company.**