UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Thomas P. Noonan, and　　　　　　　　　　　　　　Civ. No. 16-3891 (PAM/HB)
Annette M. Noonan,

　　　　　　Plaintiffs,

v.　　　　　　　　　　　　　　　　　　　　　　　　　　　　**ORDER**

American Family Mutual Insurance Company,

　　　　　　Defendant.

---

This matter is before the Court on Plaintiffs' Motion for Pre-Award and Post-Award Interest. Defendant's limited response contends that this Court lacks jurisdiction to rule on the Motion because jurisdiction transferred to the Eighth Circuit Court of Appeals immediately after it filed a notice of appeal. The Court disagrees.

Plaintiff's Motion constitutes a motion to alter or amend a judgment pursuant to Fed. R. Civ. P. 59(e). See Osterneck v. Ernst & Whinney, 489 U.S. 169, 176 (1989) ("[A] postjudgment motion for discretionary prejudgment interest is a Rule 59(e) motion . . . ."). And if "a notice of appeal is filed after a judgment but before a district court has had an opportunity to rule on [a Rule 59(e)] motion, the notice of appeal lies dormant until the [district] court disposes of the pending motion." MIF Realty L.P. v. Rochester Assocs., 92 F.3d 752, 755 (8th Cir. 1996) (quotation omitted); see Fed. R. App. P. 4(a)(4). Here, Defendant filed its notice of appeal one day after Plaintiffs filed this Motion. Thus, the Motion is pending and Defendant's notice of appeal lies dormant until the Court rules on the Motion.

Accordingly, **IT IS HEREBY ORDERED that** the Court has jurisdiction to rule on Plaintiffs' Motion for Pre-Award and Post-Award Interest (Docket No. 61) and Defendant shall respond to the Motion on or before February 20, 2018.

Dated: February 6, 2018

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge