## UNITED STATES DISTRICT COURT
### District of Minnesota

| | |
|---|---|
| Thomas P. Noonan, Annette M. Noonan | **JUDGMENT IN A CIVIL CASE** |
| Plaintiffs, | |
| v. | Case Number: 16-cv-03891-PAM-HB |
| American Family Mutual Insurance Company | |
| Defendant. | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Defendant's Motion for Summary Judgment (Docket No. 45) is **GRANTED**;

   and

2. Plaintiffs' Motion to Confirm Appraisal Award and for Summary Judgment (Docket No. 39) is **DENIED**.

Date:  July 16, 2019

KATE M. FOGARTY, CLERK

s/Lynnette Brennan
(By)   Lynnette Brennan, Deputy Clerk